1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   DAVID ALLEN GIBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-560 JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: January 6, 2009 |
| DAVID ALLEN GIBSON, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. John A. Mendez |
| Defendant. ) | |
| ) | |
| _____) | |

   It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, DAVID ALLEN GIBSON by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, January 6, 2009 be continued to Tuesday, February 3, 2009 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 3, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 29, 2008          Respectfully submitted,
                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  DAVID ALLEN GIBSON


DATED: December 29, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Benjamin Galloway for
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including February 3, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.


DATED: December 30, 2008  _____
                                  /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Judge

2