**FILED**
January 6, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>v.                            )<br>                              )<br>DAVID ALLEN GIBSON,           )<br>                              )<br>            Defendant.        ) | Case No. CR.S-08-0560-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID ALLEN GIBSON, Case No. CR.S-08-0560-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

    \_\_\_   Unsecured Appearance Bond

    _X_   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The defendant is ordered to be released to the Pretrial Services Office at 8:30 a.m. on 01/07/09 for transport to the Effort Drug Treatment Center.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   1/06/09   at _12:43 p.m._

By _____
Edmund F. Brennan
United States Magistrate Judge