```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    DAVID ALLEN GIBSON
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,   )
12                              )   Cr.S. 08-560 JAM
              Plaintiff,        )
13                              )   STIPULATION AND ORDER
         v.                     )
14                              )   DATE: February 3, 2009
    DAVID ALLEN GIBSON,         )   TIME: 9:30 a.m.
15                              )   JUDGE: Hon. John A. Mendez
              Defendant.        )
16                              )
    _____)
17

18      It is hereby stipulated and agreed to between the United States of

19  America through MICHELLE RODRIUEZ, Assistant U.S. Attorney, and

20  defendant, DAVID ALLEN GIBSON by and through his counsel, BENJAMIN

21  GALLOWAY, Assistant Federal Defender, that the status conference set

22  for Tuesday, February 3, 2009 be continued to Tuesday, March 3, 2009 at

23  9:30 a.m..

24      The reason for this continuance is to allow defense counsel

25  additional time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27      Speedy trial time is to be excluded from the date of this order

28  through the date of the status conference set for March 3, 2009
```

1 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2 | prepare] (Local Code T4).
3 |
4 | DATED: January 30, 2009        Respectfully submitted,
                                    DANIEL J. BRODERICK
5 |                                 Federal Defender
6 |                                 /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
7 |                                 Assistant Federal Defender
                                    Attorney for Defendant
8 |                                 DAVID ALLEN GIBSON
9 |
10 | DATED: January 30, 2009       LAWRENCE G. BROWN
                                    Acting United States Attorney
11 |
12 |                                /s/ Benjamin Galloway for
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney
13 |                                Attorney for Plaintiff

### **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 3, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 30, 2009          /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 United States District Judge

2