```
DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID ALLEN GIBSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 08-560-JAM |
| Plaintiff, | |
| v. | MOTION TO EXONERATE BOND AND ORDER |
| DAVID ALLEN GIBSON, | |
| Defendant. | Judge: Hon. Dale A. Drozd |

On December 4, 2008, Magistrate Judge Edmund F. Brennan ordered David Allen Gibson released on a property bond in the amount of $100,000.00. A Deed of Trust was posted with the Clerk of the Court on January 22, 2009. Mr. Gibson has fulfilled all of his obligations to the Court and is in the custody of the Bureau of Prisons. He was sentenced on June 2, 2009 and is now in custody at Los Angeles, M.D.C. He has satisfied all of his obligations to the Court and his case is now closed.

Because no other matters are pending before the Court, the bond securing Mr. Gibson's appearance my be ordered exonerated and liens on any property posted to secure the bond may be released.

/ / /

1    Accordingly, Mr. Gibson hereby moves to exonerate his bond and to
2 reconvey all property posted to secure his release, as set forth in the
3 attached proposed order.

```
                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated: August   18, 2009

                              /s/ Benjamin Galloway
                              _____
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
```

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Office of the Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   DAVID ALLEN GIBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 08-560-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO EXONERATE BOND AND |
| v. | ) | ORDER |
| | ) | |
| DAVID ALLEN GIBSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Judge: Hon. Dale A. Drozd |
| _____ | ) | |

The Court finds that Mr. Gibson was released pursuant to a $100,000.00 property bond which he posted to the Clerk of the Court. Mr. Gibson case is closed and he is presently in custody serving his sentence. He satisfied all his obligations to the Court.

THEREFORE, it is hereby ORDERED that the $100,000.00 property bond in this case is ordered exonerated and that the Clerk of the Court is directed to reconvey the surety, Nada Jean Gibson, 4909 Raley Blvd., Sacramento, California 95838, property posted on behalf of Mr. Gibson.

DATED: August 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/gibson0560.ord

Motion/Order to Exonerate Bond      -3-