UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                    RE:    David Allen GIBSON
                              Docket Number:   2:08CR00560-01
                              <u>RELEASE OF INFORMATION</u>

Your Honor:

On July 9, 2012, the undersigned officer received information that the releasee had been in possession of, and stored a firearm in a detached garage, which was located on his property.  A subsequent probation search of the property yielded the aforementioned firearm. The releasee was arrested by officers from the Sacramento Police Department and booked into the Sacramento County Jail.

On July 11, 2012, detectives from the Sacramento Police Department telephoned the probation officer asking for a supplemental report relative to the probation officer's search of Mr. Gibson's residence.  While discussing the case with Deputy Chief Probation Officer Terry E. Sherbondy and Chief Probation Officer Rich A. Ertola, questions were raised as to whether or not this was privileged information and only available for the federal court file, or whether or not this information could be disseminated to local authorities without the court's approval. Accordingly, Your Honor's guidance is requested.

On July 12, 2012, the probation officer submitted a warrant request to Your Honor based on the releasee's arrest for being in possession of a firearm, as well as allegations that he had used methamphetamine and had been associating with a felon.  In the Justification Section of the warrant request, the probation officer outlined the conversation between the releasee and the undersigned and further outlined how the firearm was discovered.

**RE:**   **David Allen GIBSON**
          **Docket Number:   2:08CR00560-01**
          <u>**RELEASE OF INFORMATION**</u>

It is respectfully requested Your Honor approve the release of information contained within the Justification Section of the warrant request to local authorities, so that they may properly review the case details and determine if formal charges will be filed against Mr. Gibson. Below is a signature line provided for Your Honor, should the Court believe such approval is needed in order to release the information.

Should Your Honor have any questions regarding the matter, please do not hesitate to contact the undersigned officer at (916) 475-8200.

                                Respectfully submitted,

                                /s/ Garey R. White
                              **GAREY R. WHITE**
                              **United States Probation Officer**

Dated:        July 12, 2012
              Sacramento, California
              GRW/sg

**REVIEWED BY:**        /s/ Michael A. Sipe
                        **MICHAEL A. SIPE**
                        **Supervising United States Probation Officer**

**RE:   David Allen GIBSON**
  **Docket Number:   2:08CR00560-01**
  **RELEASE OF INFORMATION**


| | | |
|---|---|---|
| __X__ **Approved** | /s/ John A. Mendez | 7/12/12 |
| | **JOHN A. MENDEZ** | |
| | **United States District Judge** | **Date** |
| ____ **Disapproved** | | |